JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARTA TIMAR, | Case No. CV 13-2433-GW(MRWx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.

IT IS SO ORDERED.

Dated: October 9, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT